## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

JAMES ROBINSON,
on behalf of himself and all others
similarly situated,

      Plaintiff,

      vs.

NATIONAL STUDENT CLEARINGHOUSE,

      Defendant.

Civil Action No. 19-10749

**PROOF OF SERVICE**

AFFIDAVIT OF
MAGDALENA EGGERT

I, Magdalena Eggert, pursuant to 28 U.S.C. § 1746, hereby declare:

1. I am a paralegal at the National Consumer Law Center (NCLC).

2. I am submitting this declaration as proof of service of summons and complaint in this case to National Student Clearinghouse, the Defendant.

3. On April 23, 2019, I mailed copies of the summons and complaint in this action to National Student Clearinghouse, by certified mail, return receipt requested. *See* Exhibit 1, return receipt from National Student Clearinghouse.

4. On April 30, 2019, NCLC received the return receipt from National Student Clearinghouse, verifying that the summons and complaint had been received by Jonathan Falls at National Student Clearinghouse on April 26, 2019.

I declare, under penalty of perjury, that the foregoing statements are true and correct.

April 30, 2019

Boston, Massachusetts

_____
Magdalena Eggert