IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **JAMES ROBINSON,** On behalf of himself and all others similarly situated, *Plaintiff*, v. **NATIONAL STUDENT CLEARINGHOUSE,** *Defendant*. | Civil Matter No. 1:19-cv-10749 |

## NOTICE OF APPEARANCE

Please enter the appearance of David G. Thomas of Greenberg Traurig, LLP, One International Place, Boston, Massachusetts, 02110, as counsel for National Student Clearinghouse in the above-captioned case.

NATIONAL STUDENT
CLEARINGHOUSE,

By its attorneys:

/s/ David G. Thomas
David G. Thomas (BBO# 640854)
Greenberg Traurig, LLP
One International Place
Boston, MA 02110
Tel: (617) 310-6000
Fax: (617) 310-6001
thomasda@gtlaw.com

Dated: May 2, 2019

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent all those non-registered participants on May 2, 2019.

                                                        /s/ David G. Thomas

*ACTIVE 43265486v1*