# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| JAMES ROBINSON, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 19-cv-10749 |
| NATIONAL STUDENT CLEARINGHOUSE | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, James Robinson

Date: 05/03/2019

*Attorney's signature*

Persis S. Yu, BBO No.685951
*Printed name and bar number*

National Consumer Law Center
7 Winthrop Square, 4th Floor
Boston, MA 02110

*Address*

pyu@nclc.org
*E-mail address*

(617) 542-8010
*Telephone number*

(617) 542-8028
*FAX number*