## Certificate of Service

I, Persis S. Yu, hereby certify that the foregoing was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

DATED: May 3, 2019

/s/ Persis S. Yu
Persis S. Yu