UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES ROBINSON,<br>On behalf of himself and all others<br>similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>NATIONAL STUDENT CLEARINGHOUSE,<br><br>   Defendant. | Case No. 19-cv-10749 |

**MOTION FOR ATTORNEYS DARCUS, ELGA, FRANCIS,
SHEARER, AND SOUMILAS TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5.3, attorney Stuart Rossman, counsel for Plaintiff James Robinson, moves for attorneys Joanna K. Darcus, Benjamin Elga, James A. Francis, Brian Shearer, and John Soumilas to be admitted *pro hac vice* in this matter. Attached with this motion are declarations from each attorney providing the information required under Local Rule 83.5.3(b). As provided in their declarations, each attorney (1) is a member of the bar in good standing in every jurisdiction in which s/he has been admitted to practice, (2) is not currently the subject of disciplinary proceedings in any jurisdiction, (3) has not previously had a *pro hac vice* admission (or other admission for a limited purpose) to this court revoked for misconduct, and (4) has read and agrees to comply with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: May 6, 2019              Respectfully submitted,

                       /s/ Stuart Rossman
                       Stuart Rossman, BBO No. 430640

National Consumer Law Center
7 Winthrop Square, 4th Floor
Boston, MA 02110-1245
(617) 542-8010
srossman@nclc.org