## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

_____

JAMES ROBINSON,                           )
On behalf of himself and all others       )
similarly situated,                       )
                                          )
      Plaintiff,                 )
                                          )    Case No. 19-cv-10749
       v.                      )
                                          )
NATIONAL STUDENT CLEARINGHOUSE,           )
                                          )
      Defendant.                 )
_____)

## <u>DECLARATION OF JOANNA K. DARCUS</u>

I, Joanna K. Darcus, do hereby depose and state:

1. I am an attorney at the National Consumer Law Center, counsel to Plaintiff James Robinson in the above-captioned action.

2. I am a member in good standing of the Bars of the Commonwealth of Pennsylvania and the United States District Court for the District of Eastern Pennsylvania.

3. I am a member in good standing of the Bars in every jurisdiction where I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

5. I have not previously had a *pro hac vice* admission (or other admission for a limited purpose) to this Court revoked for misconduct.

6. I have read and agree to abide by the Local Rules of the United States District Court for the District of Massachusetts.

I declare under the penalties of perjury that the foregoing is true and correct.


Dated: May 1, 2019                                   Respectfully submitted,


                                                     /s/ Joanna K. Darcus
                                                     Joanna K. Darcus
                                                     NATIONAL CONSUMER LAW CENTER
                                                     1001 Connecticut Avenue NW, Suite 510
                                                     Washington, DC 20036
                                                     (202) 452-6252
                                                     jdarcus@nclc.org