UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES ROBINSON,<br>On behalf of himself and all others<br>similarly situated,<br><br>       Plaintiff,<br><br>       v.<br><br>NATIONAL STUDENT CLEARINGHOUSE,<br><br>       Defendant. | Case No. 19-cv-10749 |

## **DECLARATION OF BENJAMIN D. ELGA**

I, Benjamin D. Elga, do hereby depose and state:

1. I am an attorney at Justice Catalyst Law, counsel to Plaintiff James Robinson in the above-captioned action.

2. I am a member in good standing of the Bars of New York (Bar #5332861), New Jersey (Bar #138972014), Massachusetts (Bar #697933), the District Court of New Jersey, the Eastern District of New York, the Southern District of New York, and the U.S. Court of Appeals, Third Circuit. I am certified to practice in New Jersey, New York, and Massachusetts.

3. I am a member in good standing of the Bars in every jurisdiction where I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

5. I have not previously had a *pro hac vice* admission (or other admission for a limited purpose) to this Court revoked for misconduct.

6. I have read and agree to abide by the Local Rules of the United States District

Court for the District of Massachusetts.

I declare under the penalties of perjury that the foregoing is true and correct.


Dated: April 24, 2019                               Respectfully submitted,

                                                /s/ Benjamin D. Elga
                                                _____