UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES ROBINSON, on behalf of himself and all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL STUDENT CLEARINGHOUSE, )<br>)<br>Defendant. ) | Case No. 19-cv-10749 |

## DECLARATION OF JAMES A. FRANCIS

I, James A. Francis, do hereby depose and state:

1. I am an attorney at Francis & Mailman, P.C., counsel to Plaintiff James Robinson in the above-captioned action.

2. I am a member in good standing of the Bars of the Commonwealth of Pennsylvania and the State of New Jersey. I am certified to practice in Pennsylvania and New Jersey.

3. I am a member in good standing of the Bars in every jurisdiction where I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

5. I have not previously had a *pro hac vice* admission (or other admission for a limited purpose) to this Court revoked for misconduct.

6. I have read and agree to abide by the Local Rules of the United States District Court for the District of Massachusetts.

2

I declare under the penalties of perjury that the foregoing is true and correct.

Dated:  April 24, 2019                                          Respectfully submitted,

                                                        */s/ James A. Francis*
                                                        James A. Francis