## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES ROBINSON,<br>On behalf of himself and all others<br>similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL STUDENT CLEARINGHOUSE,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 19-cv-10749<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF BRIAN SHEARER

I, Brian Shearer, do hereby depose and state:

1. I am an attorney at Justice Catalyst Law, counsel to Plaintiff James Robinson in the above-captioned action.

2. I am a member in good standing of the Bar of Virginia (#85441). I am certified to practice in Virginia.

3. I am a member in good standing of the Bars in every jurisdiction where I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

5. I have not previously had a *pro hac vice* admission (or other admission for a limited purpose) to this Court revoked for misconduct.

6. I have read and agree to abide by the Local Rules of the United States District Court for the District of Massachusetts.

I declare under the penalties of perjury that the foregoing is true and correct.


Dated: April 23, 2019                             Respectfully submitted,

                                                  */s/ Brian Shearer*
                                                  _____