## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES ROBINSON, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL STUDENT CLEARINGHOUSE, <br><br> Defendant. | Case No. 19-cv-10749 |

### DECLARATION OF JOHN SOUMILAS

I, John Soumilas, do hereby depose and state:

1. I am an attorney at Francis & Mailman, P.C., counsel to Plaintiff James Robinson in the above-captioned action.

2. I am a member in good standing of the Bars of the Commonwealth of Pennsylvania and the State of New Jersey. I am certified to practice in Pennsylvania and New Jersey.

3. I am a member in good standing of the Bars in every jurisdiction where I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

5. I have not previously had a *pro hac vice* admission (or other admission for a limited purpose) to this Court revoked for misconduct.

6. I have read and agree to abide by the Local Rules of the United States District Court for the District of Massachusetts.

2

I declare under the penalties of perjury that the foregoing is true and correct.

Dated:  April 24, 2019　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　 _/s/ John Soumilas_
　　　　　　　　　　　　　　　　　　　　　　John Soumilas