# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **JAMES ROBINSON,**<br>On behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**NATIONAL STUDENT CLEARINGHOUSE,**<br><br>*Defendant*. | Civil Matter No. 1:19-cv-10749 |

### *ASSENTED-TO* MOTION FOR ADMISSION
### *PRO HAC VICE* OF PAUL T. FOX

David G. Thomas, a member of this Court, respectfully moves for the admission *pro hac vice*, of Paul T. Fox as counsel for Defendant National Student Clearinghouse. In support of this Motion, counsel states as follows:

1. Greenberg Traurig, LLP ("GT") has been retained to represent Defendant National Student Clearinghouse in the above-captioned action. GT's Boston office is located at One International Place, Boston, Massachusetts 02110. The telephone number of the office is (617) 310-6000. The fax number of the office is (617) 310-6001.

2. Paul T. Fox, a GT shareholder who is resident in GT's Chicago, Illinois office, is a member in good standing of the Bars of the jurisdictions in which he is admitted to practice. No disciplinary proceedings are pending against him, nor has he been suspended or disbarred in any jurisdiction. Attorney Fox has read and agrees to comply with the Local Rules of the United States District Court for the District of Massachusetts.

1

3. In accordance with Local Rule 85.5.3, attached hereto as <u>Exhibit A</u> is the Certification of Attorney Fox in support of this Motion.

4. Plaintiff assents to the filing of this Motion.

WHEREFORE, counsel respectfully requests that this Court:

A. Allow the admission, *pro hac vice*, of Attorney Fox; and

B. Grant such other and further relief as is just and proper.

Respectfully submitted,

NATIONAL STUDENT CLEARINGHOUSE,

By its attorneys:

<u>/s/ David G. Thomas</u>
David G. Thomas (BBO# 640854)
Greenberg Traurig, LLP
One International Place
Boston, MA  02110
Tel:  (617) 310-6000
Fax:  (617) 310-6001
thomasda@gtlaw.com

Dated: May 13, 2019

## LR 7.1(a)(2) CERTIFICATION

I hereby certify that counsel has conferred with the Plaintiff's counsel regarding the relief requested in this motion. Counsel has stated that they assent to this motion.

/s/ *David G. Thomas*

ACTIVE 43431081v1

## **CERTIFICATE OF SERVICE**

       I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

       /s/ *David G. Thomas*

ACTIVE 43431081v1