# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **JAMES ROBINSON,**<br>On behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**NATIONAL STUDENT CLEARINGHOUSE,**<br><br>*Defendant*. | Civil Matter No. 1:19-cv-10749 |

## AFFIDAVIT OF PAUL T. FOX
## IN SUPPORT OF MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

I, Paul T. Fox, declare as follows:

1. I am a shareholder in the law firm of Greenberg Traurig, P.A. in its Chicago, Illinois office. I make this declaration in support of the accompanying motion for leave to appear *pro hac vice*. I have personal knowledge of each of the facts stated below.

2. My business address is 77 West Wacker Drive, Suite 3100, Chicago, IL 60601. My business phone is (312) 456-8400. My business fax is (312) 456-8435. My email address is foxp@gtlaw.com.

3. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice, namely: the bars of the Illinois Supreme Court and the Wisconsin Supreme Court.

4. I have never been suspended or disbarred in any jurisdiction, nor have I been the subject of any professional disciplinary action, nor do I have complaints or other proceedings pending against me before any disciplinary board, commission, court, or bar association. I have

not previously had a *pro hac vice* admission to this Court (or any other admission to this Court) revoked for misconduct.

5. I have reviewed and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

**SIGNED UNDER THE PENALTY OF PERJURY ON MAY 13, 2019.**

/s/ *Paul T. Fox*
Paul T. Fox
GREENBERG TRAURIG, P.A.
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
Tel: (312) 456-8400
Fax: (312) 456-8435