# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **JAMES ROBINSON,**<br>On behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**NATIONAL STUDENT CLEARINGHOUSE,**<br><br>*Defendant*. | Civil Matter No. 1:19-cv-10749 |

## AFFIDAVIT OF LISA SIMONETTI
## IN SUPPORT OF MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

I, Lisa Simonetti, declare as follows:

1. I am a shareholder in the law firm of Greenberg Traurig, P.A. in its Los Angeles, California office. I make this declaration in support of the accompanying motion for leave to appear *pro hac vice*. I have personal knowledge of each of the facts stated below.

2. My business address is 1840 Century Park East, Suite 1900, Los Angeles, CA 90067. My business phone is (310) 586-7700. My business fax is (310) 586-7800. My email address is simonettil@gtlaw.com.

3. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice, namely: the California State Bar.

4. I have never been suspended or disbarred in any jurisdiction, nor have I been the subject of any professional disciplinary action, nor do I have complaints or other proceedings pending against me before any disciplinary board, commission, court, or bar association. I have

not previously had a *pro hac vice* admission to this Court (or any other admission to this Court) revoked for misconduct.

5. I have reviewed and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

**SIGNED UNDER THE PENALTY OF PERJURY ON MAY 13, 2019.**

/s/ *Lisa Simonetti*
Lisa Simonetti
GREENBERG TRAURIG, P.A.
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
Tel: (312) 456-8400
Fax: (312) 456-8435