**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

**JAMES ROBINSON**,
on behalf of himself and all others similarly situated,

    *Plaintiff*,

       v.
                            Civil Matter No. 19-CV-10749

**NATIONAL STUDENT CLEARINGHOUSE**,

    *Defendant*.

**NOTICE OF SETTLEMENT *and*
JOINT MOTION TO ADJOURN STATUS CONFERENCE *and*
<u>CONTINUE STAY OF PROCEEDINGS</u>**

The undersigned parties hereby notify this Court of their settlement in principle, reached through mediation before the Honorable Diane M. Welsh (ret.), and respectfully request this Court adjourn the status conference scheduled for August 16, 2019 and continue the existing stay of all proceedings and deadlines in this matter.  As grounds for this motion, the parties state as follows:

1.      On June 23, 2019 and upon consideration of the parties' Joint Motion to Stay Proceedings Pending Mediation (Doc. 14), this Court entered Orders staying this matter (Doc. 15) and setting an in-person status conference on August 16, 2019 (Doc. 16).

2.      On August 9, 2019, the parties successfully resolved this dispute in principle through mediation before Judge Welsh.

3.      The parties' agreement provides for settlement on a class basis.  Thus, in addition to time to memorialize their settlement in a formal agreement, the parties will need to confer over a mutually agreeable settlement administrator and a timeline for filing relevant motions, including a motion for preliminary approval of their settlement and/or to direct notice to class members.

4.      For the foregoing reasons, the parties wish to continue the stay of these proceedings.[1]

5.      Assuming this motion is granted, the parties will file a joint status report on or before September 20, 2019 advising the Court of the status of their agreement and proposing a timeline for filing relevant motions.

WHEREFORE, the parties respectfully request this Court to enter an order:

A.      Adjourning the status conference currently scheduled for August 16, 2019;

B.      Continuing the existing stay of these proceedings;

C.      Ordering the parties to submit a joint status report to the Court on September 20, 2019, describing the status of their agreement and proposing a schedule for the filing of settlement-related motions, including for preliminary approval and/or to direct notice to class members;

D.      Granting such other relief as this Court deems just and appropriate.

**SO ORDERED, this _____ day of August, 2019,**

_____

**United States District Court Judge**

---

[1]      As before, the parties have agreed that either may revoke its consent to the stay by written notice to the other and, if such consent is revoked, the parties will promptly notify the Court.

Respectfully submitted,

JAMES ROBINSON,

By his attorneys,

*/s/ James A. Francis*
Stuart Rossman (BBO # 430640)
Joanna Darcus*
Persis S. Yu (BBO # 685951)
NATIONAL CONSUMER LAW CENTER
7 Winthrop Square, 4th Floor
Boston, MA 02110
Tel: (617) 542-8010
srossman@nclc.org
jdarcus@nclc.org
pyu@nclc.org

Benjamin David Elga*
Brian James Shearer*
JUSTICE CATALYST LAW
25 Broadway, 9th Floor
New York, NY 10004
Tel: (518)-732-6703
belga@justicecatalyst.org
brianshearer@justicecatalyst.org

James A. Francis*
John Soumilas*
FRANCIS & MAILMAN, P.C.
1600 Market Street, Suite 2510
Philadelphia, PA 19103
Tel: (215) 735-8600
Fax: (215) 940-8000
jfrancis@consumerlawfirm.com
jsoumilas@consumerlawfirm.com

*petition to appear *pro hac vice* forthcoming

Dated: August 15, 2019

Respectfully submitted,

NATIONAL STUDENT CLEARINGHOUSE,

By its attorneys,

*/s/ David G. Thomas*
David G. Thomas (BBO# 640854)
Paul T. Fox*
Lisa Simonetti*
GREENBERG TRAURIG, LLP
One International Place, Ste. 2000
Boston, MA 02110
Tel: (617) 310-6040
Fax: (617) 310-6001
thomasda@gtlaw.com
foxp@gtlaw.com
simonettil@gtlaw.com

*admitted *pro hac vice*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent via U.S. first class mail to any non-registered participants on August 15, 2019.

*/s/James A. Francis*