# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **JAMES ROBINSON,**<br><br>On behalf of himself and all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**NATIONAL STUDENT CLEARINGHOUSE,**<br><br>*Defendant.* | Civil Matter No. 1:19-cv-10749<br><br>**CLASS ACTION COMPLAINT** |

## JOINT STATUS REPORT

1. On August 15, 2019, plaintiff filed a notice of a class action settlement (Doc. 17).

2. On August 15, 2019, the Court entered an order requiring the parties to submit a joint status report on or before September 20, 2019 (Doc. 18).

3. The parties are reviewing and discussing drafts of the settlement agreement and all of the necessary exhibits. The parties require additional time to complete this work.

4. If the motion for preliminary approval of the proposed settlement is not filed by October 21, 2019, the parties will file an additional joint status report on that date, advising the Court of the status of their agreement and proposing a timeline for filing the motion for preliminary approval.

WHEREFORE, the parties respectfully request this Court to enter an order:

A. Continuing the existing stay of these proceedings; and ordering the parties to submit a joint status report to the Court on October 21, 2019, if the motion for preliminary approval is not then on file, describing the status of their agreement and proposing a schedule for the filing of the motion; and

B.　　Granting such other relief as the Court deems just and appropriate.

SO ORDERED, this _____ day of September, 2019,

_____
United States District Court Judge

Respectfully submitted,

JAMES ROBINSON,

By his attorneys,

/s/ Stuart T. Rossman
Stuart T. Rossman (BBO # 430640)
Joanna Darcus*
Persis S. Yu (BBO # 685951)
NATIONAL CONSUMER LAW CENTER
7 Winthrop Square, 4th Floor
Boston, MA 02110
Tel: (617) 542-8010
srossman@nclc.org
jdarcus@nclc.org
pyu@nclc.org

Benjamin David Elga*
Brian James Shearer*
JUSTICE CATALYST LAW
25 Broadway, 9th Floor
New York, NY 10004
Tel: (518)-732-6703
belga@justicecatalyst.org
brianshearer@justicecatalyst.org

James A. Francis*
John Soumilas*
FRANCIS & MAILMAN, P.C.
1600 Market Street, Suite 2510
Philadelphia, PA 19103
Tel: (215) 735-8600
Fax: (215) 940-8000
jfrancis@consumerlawfirm.com
jsoumilas@consumerlawfirm.com

*admitted pro hac vice

Respectfully submitted,

NATIONAL STUDENT CLEARINGHOUSE

By its attorneys,

/s/ David G. Thomas
David G. Thomas, BBO # 640854
Paul T. Fox*
Lisa Simonetti*
GREENBERG TRAURIG, LLP
One International Place
Boston, MA 02110
T: (617) 310-5040
F: (617) 310-6001
thomasda@gtlaw.com
foxp@gtlaw.com
simonettil@gtlaw.com

*admitted pro hac vice

3

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent via U.S. first class mail to those indicated as non-registered participants on September 20, 2019.

/s/ Stuart T. Rossman