# Exhibit E

**What is this lawsuit about?** James Robinson ("Robinson") filed this lawsuit, alleging that National Student Clearinghouse ("NSC") violated the federal Fair Credit Reporting Act ("FCRA") and certain, related state laws. NSC denies all of the allegations. The parties have agreed to a settlement.

**Why did you receive this notice?** You received this notice because, based on NSC's records, you are a member of the following class: Individuals who, from April 18, 2014 to August 9, 2019, ordered a Degree Verification or Dates of Attendance service from NSC for the indicated purpose of "Verifying my own Record(s)" and who paid NSC more for that service than allowed at the time by the FCRA (i.e., either $12 or $12.50).

**What does the settlement provide?** NSC will establish a settlement fund in the amount of approximately $1,956,000. Out of the settlement fund, NSC will pay: (1) settlement compensation to class members; (2) an award of attorneys' fees, costs and expenses not to exceed $750,000, subject to the Court's approval; and (3) a service award to Robinson up to $7,500, subject to the Court's approval. NSC also will pay the cost of settlement notice and administration. NSC further will limit the fee for the self-verification service going forward to $12.50, or to another amount set in the future by amendment to the FCRA, and will provide one self-verification to each class member, upon his or her request, at no cost. Class Counsel estimates that the amount of each class member award will be approximately $_____.

**What are your legal rights and options?** You have three options. First, you may do nothing, in which case you will receive a settlement award and will release any claim(s) that you have against NSC related to the disputed charges. Second, you may exclude yourself from the settlement, in which case you will neither receive a share of the settlement fund, nor release any claim(s) that you have against NSC. Or third, you may object to the settlement. To obtain additional information regarding the manner in which you may exercise your legal rights and options, please visit www.robinsonsettlement.com, or contact the settlement administrator by writing to: Robinson Settlement Administrator, c/o _____ or by calling _____.

**When is the final fairness hearing?** The Court will hold a final fairness hearing on [month] [day], 2020, at [time]. The hearing will take place in the United States District Court for the District of Massachusetts, 1 Courthouse Way, Boston, Massachusetts, before the Honorable F. Dennis Saylor, IV. At the final fairness hearing, the Court will consider whether the settlement is fair, reasonable and adequate and, if so, whether it should be granted final approval. The Court will also hear objections to the settlement, if any. The Court may make a decision at that time, postpone a decision or continue the hearing.

**Front Inside**

**Front Outside**

**This is a notice of a settlement of a class action lawsuit.
This is not a notice of a lawsuit against you.**

**You are entitled to compensation as a result of the settlement in the class action lawsuit captioned:**

*James Robinson v. National Student Clearinghouse (D. Mass.)
Case No. 1:19-cv-10749-FDS*

**A federal court authorized this notice. This is not a solicitation from a lawyer.**

**Please read this notice carefully. It explains your rights and options to participate in a class action settlement.**

**Robinson v. National Student Clearinghouse**
c/o ____
[address]

Please Affix Postage Here

*Bar Code To Be Placed Here*

Postal Service: Please do not mark Barcode

**ADDRESS SERVICE REQUESTED**

CLAIM ID: << ID>>
<<Name>>
<<Address>>
<<City>>, <<State>> <<Zip>>