# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **JAMES ROBINSON**, on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>vs.<br><br>**NATIONAL STUDENT CLEARINGHOUSE**,<br><br>*Defendant*. | No. 1:19-cv-10749-FDS<br><br>**MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND SERVICE AWARD** |

NOW COMES Plaintiff and Representative of the Certified Class James Robinson, by his undersigned counsel, and moves this Honorable Court for an award of attorneys' fees and the reimbursement of expenses incurred in the prosecution of this matter and for an individual settlement and service award. In support of same, Plaintiff offers the accompanying Memorandum of Law and the Declarations of James A. Francis, Stuart T. Rossman, and Benjamin Elga.

DATED: April 21, 2020

Respectfully submitted,

**JAMES ROBINSON**, *by his attorneys*,

*/s/Stuart T. Rossman*
Stuart T. Rossman, B.B.O. No. 430640
NATIONAL CONSUMER LAW CENTER
7 Winthrop Square, 4th Floor
Boston, MA 02110
Tel: (617) 542-8010
srossman@nclc.org

Joanna Darcus, B.B.O. No. 601146
NATIONAL CONSUMER LAW CENTER
1001 Connecticut Avenue NW, Suite 510
Washington, DC 20036
(202) 452-6252 tel.
(202) 296-4062 fax
jdarcus@nclc.org

Benjamin David Elga*
Brian James Shearer*
JUSTICE CATALYST LAW
81 Prospect Street
Brooklyn, NY 11201
518-732-6703
belga@justicecatalyst.org
brianshearer@justicecatalyst.org

James A. Francis*
John Soumilas*
Jordan M. Sartell*
FRANCIS MAILMAN SOUMILAS, P.C.
1600 Market Street, Suite 2510
Philadelphia, PA 19103
Tel: (215) 735-8600
Fax: (215) 940-8000
jfrancis@consumerlawfirm.com
jsoumilas@consumerlawfirm.com
jsartell@consumerlawfirm.com

*admitted *pro hac vice*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 21, 2020, he electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Stuart T. Rossman*
Stuart T. Rossman
