# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **JAMES ROBINSON**, on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>vs.<br><br>**NATIONAL STUDENT CLEARINGHOUSE**,<br><br>*Defendant*. | No. 1:19-cv-10749-FDS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ATTORNEYS' FEES AND EXPENSES AND SERVICE AWARD** |

AND NOW, following a hearing held on July 7, 2020, and upon consideration of Plaintiff's unopposed Motion for Attorneys' Fees and Expenses and Service Award, and upon the Court's finding that the Motion seeks attorneys' fees based upon a reasonable percentage of the common fund created by the parties' settlement and that the requested expenses were reasonably incurred, it is HEREBY ORDERED as follows:

A. Class Counsel is awarded fees and expenses in the total amount of $750,000.00;

B. Plaintiff James Robinson is awarded $7,500.00 for his service to the Settlement Class;

C. Defendant shall pay all such sums in accordance with the terms of the Settlement Agreement.

BY THE COURT:

Dated: _____  _____

HON. F. DENNIS SAYLOR, IV
UNITED STATES DISTRICT JUDGE