# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **JAMES ROBINSON**, on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>vs.<br><br>**NATIONAL STUDENT CLEARINGHOUSE**,<br><br>*Defendant*. | No. 1:19-cv-10749-FDS<br><br>**PLAINTIFF'S MOTION FOR FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT** |

Plaintiff James Robinson hereby moves this Honorable Court to grant final approval of the class action settlement, which resolves all claims asserted in this litigation on behalf of a proposed nationwide class against Defendant National Student Clearinghouse ("NSC"). Defendant does not oppose the relief requested in this motion.

For the reasons set forth in the accompanying memorandum, Plaintiff and Class Counsel respectfully request that this Court grant the instant Motion, finally approve the proposed settlement, and enter the proposed order included herewith.

DATED: June 5, 2020

Respectfully submitted,

**JAMES ROBINSON**, *by his attorneys*,

*/s/ Stuart T. Rossman*
Stuart T. Rossman, B.B.O. No. 430640
NATIONAL CONSUMER LAW CENTER
7 Winthrop Square, 4th Floor
Boston, MA 02110
Tel: (617) 542-8010
srossman@nclc.org

Joanna Darcus, B.B.O. No. 601146
NATIONAL CONSUMER LAW CENTER
1001 Connecticut Avenue NW, Suite 510
Washington, DC 20036
(202) 452-6252 tel.
(202) 296-4062 fax
jdarcus@nclc.org

Benjamin David Elga*
Brian James Shearer*
JUSTICE CATALYST LAW
81 Prospect Street
Brooklyn, NY 11201
518-732-6703
belga@justicecatalyst.org
brianshearer@justicecatalyst.org

James A. Francis*
John Soumilas*
FRANCIS MAILMAN SOUMILAS, P.C.
1600 Market Street, Suite 2510
Philadelphia, PA 19103
Tel: (215) 735-8600
Fax: (215) 940-8000
jfrancis@consumerlawfirm.com
jsoumilas@consumerlawfirm.com

*admitted *pro hac vice*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 5, 2020, he electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Stuart T. Rossman*
Stuart T. Rossman