# Exhibit B

Daniel P. John
6419 Tiffany Court
Lanham, MD 20706
(301) 538-5911
emailme@danieljohn.com
March 16, 2020

To:  NSC COUNSEL
     CLASS COUNSEL
     US DISTRICT COURT

Dear Sir or Madam:

I would like to raise my objection to this settlement offer of nearly $2.0 million for all suit participants. However, the law firm is claiming a large fee of $750 million for themselves. This will leave us claimants, a few pennies or a few dollars for each of us.

I would like to suggest that the law firm also get a similar equitable settlement as they intend to provide us. In other words, if I, as a claimant is going to get $2 dollars on this settlement, let the lawyers try to take a similar $2 amount, so that they understand how much of a fleecing they (lawyers) are doing on us (claimants).

Unless and until we can get an equitable amount more favorable to us claimants, I would be opposed to this settlement. It is better that the opposite side keep the judgment than us claimants only getting just a handful of dollars in settlement.

If the law firm representing us (claimants) are serious about their public claim that they have been fighting for us, let them also be fair to us by taking an equal claim of the settlement.

NOTE: Yes, I do plan to attend the fairness hearing, if my health permits.

Sincerely

*Daniel John*

aniel P John
419 Tiffany court
nham, MD 20706

CAPITAL DISTRICT 200

FOREVER / USA

RECEIVED
MAR 26 2020

**NSC's Counsel:**
Greenberg Traurig, LLP
Lisa M. Simonetti
1840 Century Park East, Suite 1900
Los Angeles, CA 90067

90067-212175