| | |
|---|---|
| From: | Mr. Alexander Rai, MSMA, Sui Iuris |
| To: | MADml_Media |
| Cc: | MADml_Rules |
| Subject: | JUN 09 2020 AD/MX Notice re James Robinson v. National Student Clearinghouse, (D. Mass.) Case No. 1:19-cv-10749-FDS |
| Date: | Tuesday, June 9, 2020 7:25:55 PM |
| Attachments: | 06092020 Public Notice Revision to Local Rule 40.1 Combined.pdf |
| | 033120 Public Notice Public Access to video and teleconference Hearing- Coronavirus.pdf |
| | Greenoslo.com Mail - Notice re James Robinson v. National Student Clearinghouse, (D. Mass.) Case No. 119-cv-10749-FDS copy 2.pdf |

Robert M. Farrell, Clerk of Court United States District Court
One Courthouse Way - Suite 2-300 Boston, MA 02210.

Dear honorable Clerk of the Court, **United States District Court** *Mr. Robert M. Farrell* ;

Responding as of **JUN.09,2020,AD/MX**, *ref.* ***Notice re James Robinson v. National Student Clearinghouse, (D. Mass.) Case No. 1:19-cv-10749-FDS***, against the original received solicitation, I am prepared to render to the convening court appropriate and informative testimony that *may* prove decisive or otherwise *critical* to the court's review on this issue.

I ask, in that, in light of the present environmental contingencies, and for the sake of appropriate due diligence, the court re-convene on this case, by deferring any final judgments till at least *Jul 09, 2020,* AD/MX.

**Sincerely,**
*Mr. Alexander K. Rai, MSMA, Sui Iuris.*
*A Solicited Respondent at Large.*
*JUNE 09, 2020, AD/MX.*