# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

# PUBLIC NOTICE

## Public Access to Video and Teleconference Hearings

In light of the ongoing national emergency with respect to the coronavirus pandemic, the United States District Court for the District of Massachusetts has issued general orders supporting video and teleconferencing for civil and criminal hearings in accordance with the applicable statutes and rules of the Judicial Conference of the United States. This court continues to stridently support the presumption of public access to hearings before the court and in support of that presumption, for the duration of this national emergency, makes the following accommodations available:

1) Access to teleconference and videoconference hearings will be made available to the public via teleconference through an automated sign-up tool at the following address:
   https://public.mad.uscourts.gov/seating-signup.html

2) Questions regarding access should be directed to media@mad.uscourts.gov

3) Participants are reminded of the prohibitions regarding photographing, recording and broadcasting of court proceedings (Local Rule 83.3, provided below);

4) Participants who violate Local Rule 83.3 may face sanctions including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the judicial officer.

**RULE 83.3  PHOTOGRAPHING, RECORDING AND BROADCASTING**

**(a)** **Photographing, Recording, and Broadcasting Generally Prohibited.** Except as specifically provided in these rules or by order of the court, no person shall take any photograph, make any recording, or make any broadcast by any means, in the course of or in connection with any proceedings in this court, on any floor of any building on which proceedings of this court are or, in the regular course of the business of the court, may be held.

March 31, 2020                                     /s/ Robert M. Farrell
                                                   Robert M. Farrell
                                                   Clerk of Court