

June 12, 2020

*Via ECF*

Hon. F. Dennis Saylor, IV
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

**Re:**   *Robinson v. National Student Clearinghouse*, **No. 1:19-cv-10749 (D. Mass.)**
     **Response to Letter of Alexander K. Rai, ECF 32**

Dear Chief Judge Saylor,

This firm represents class representative James Robinson and the settlement class in the above-referenced matter.

Regarding the letter of Alexander K. Rai, ECF 32, we write to advise the Court that although Mr. Rai is a member of the settlement class to whom the settlement administrator sent email notice, Mr. Rai did not submit a written request for exclusion from the settlement or an objection to the proposed settlement prior the court-ordered deadline of May 6, 2020.

Thus, no reason exists to postpone the final approval hearing, currently scheduled for July 7, 2020 before Your Honor.

Respectfully,

James A. Francis

Cc:    Counsel of Record, via ECF

**1600 MARKET STREET | SUITE 2510 | PHILADELPHIA, PA 19103**
**T 215.735.8600 | F 215.940.8000**
**WWW.CONSUMERLAWFIRM.COM | WWW.CREDITREPORTPROBLEMS.COM**