## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS
## BOSTON DIVISION

| | | | |
|---|---|---|---|
| *JAMES ROBINSON*, | ) | Docket Number: | 1:19-CV-10749-FDS |
| Plaintiff, | ) | | |
| | ) | District Judge: | The Honorable F. Dennis Saylor, IV |
| *v.* | ) | | |
| | ) | Magistrate Judge: | The Honorable Donald L. Cabell |
| *THE NATIONAL STUDENT* | ) | | |
| *CLEARINGHOUSE*, | ) | | |
| Defendant. | ) | | |

## CLASS MEMBER'S MOTION TO
## CONTINUE FINAL APPROVAL HEARING DUE TO LACK OF NOTICE OF FILINGS

When Class Member Paúl Camarena filed his objections and motion, he advsied Class Counsel and properly served him. However, Class Counsel failed to advise Class Member Camarena about Class Counsel's responses to the objections and motion until today, the day before the Final Approval Hearing. In fact, Class Counsel did not serve those responses on Class Member Camarena until after 3:40 p.m. E.S.T. the day before the 9:00 a.m. Final Approval Hearing. Thus, Class Member Objector Camarena respectfully moves this Honorable Court to continue the Final Approval Hearing so that he can have a meaningful opportunity to review the responses. Class Member Camarena, in support of his motion, states as follows:

Class Member Paúl Camarena is not a admitted to practice before this Honorable Court and, hence, he is not an ECF filer in this court. Therefore, on May 6, 2020, when Class Member Camarena filed his Objections[1] and, on June 19, 2020, when Class Member Camarena filed a motion for discovery[2], he advised Class Counsel by email and served him. On June 5, 2020, Class Counsel filed a Memorandum addressing Class Member Camarena's objections[3] and, on

---

1 ECF 29.
2 ECF 35.
3 ECF 31, p. 24.

June 30, 2020, Class Counsel filed a response to Class Member Camarena's motion[4]. However, Class Counsel failed to advise Class Member Camarena about these responses until today and failed to serve these responses on Class Member Camarena until after 3:40 p.m. today. Because Class Member Camarena is not an ECF filer in this court, the ECF system also did not serve Class Member Camarena and he has not finished reading these documents. Thus, Class Member Camarena respectfully moves this Honorable Court to continue the Final Approval Hearing so that he can have a meaningful opportunity to review the responses.

>Respectfully submitted,
>Class Member Objector Paúl Camarena
>*/s/ Paúl Camarena*            .
>Paúl Camarena
>500 So. Clinton, No. 132
>Chicago, IL 60607
>paulcamarena@paulcamarena.com
>(312) 493-7494

---

4   ECF 36.