IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | | |
|---|---|---|
| JAMES ROBINSON,<br>   Plaintiff, | ) )<br>) | Docket Number: 1:19-CV-10749-FDS |
| | ) | District Judge: The Honorable F. Dennis Saylor, IV |
| v. | ) ) | |
| | ) | Magistrate Judge: The Honorable Donald L. Cabell |
| THE NATIONAL STUDENT<br>CLEARINGHOUSE,<br>   Defendant. | )<br>)<br>) | |

## NOTICE OF APPEAL

Class Member Objector Paúl Camarena respectfully appeals this Honorable Court's Final Approval Order (ECF 42, entered 07/08/2020) to the United States Court of Appeal for the First Circuit.

## NOTICE OF FILING

To:  Francis Mailman Soumilas, P.C.
James Francis
1600 Market St., No. 2510
Philadelphia, PA 19103

Justice Catalyst Law, Inc.
Brian Shearer
81 Prospect St.
Brooklyn, NY 11201

National Consumer Law Center
Stuart Rossman
7 Winthrop Sq., 4th Floor
Boston, MA 02110

Greenberg Traurig, LLP
Lisa Simonetti
1840 Century Park East, No. 1900
Los Angeles, CA 90067

PLEASE TAKE NOTICE that, on Friday August 7, 2020, at the United States District Court for the District of Massachusetts, Office of the Clerk, 1 Courthouse Way, Boston, MA 02210, Class Member Paúl Camarena filed his **NOTICE OF APPEAL**.

Respectfully submitted,
Class Member Objector Paúl Camarena
*/s/ Paúl Camarena*
Paúl Camarena
500 So. Clinton, No. 132
Chicago, IL 60607
paulcamarena@paulcamarena.com

[FILED IN CLERK'S OFFICE 2020 AUG -7 AM 1:05 U.S. DISTRICT COURT DISTRICT OF MASS.]