**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

**CLERK'S CERTIFICATE AND APPEALS COVER SHEET**

**ABBREVIATED ELECTRONIC RECORD**

Case Caption: Robinson v. National Student Clearinghouse

District Court Number: 19cv120749-FDS

Fee: Paid? Yes ____ No  X   Government filer ____ *In Forma Pauperis* Yes ____ No ____

Motions Pending  Yes  X   No ____        Sealed documents   Yes ____ No  X 
*If yes, document #*  43                 *If yes, document #*

*Ex parte* documents  Yes ____ No  X      Transcripts        Yes ____ No  X 
*If yes, document #*                      *If yes, document #*

Notice of Appeal filed by: Plaintiff/Petitioner ____    Defendant/Respondent ____   Other:  X 

Appeal from:

#42 Final Approval Order

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#42 and #44

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal #  44     filed on August 7, 2020.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on August 10, 2020.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**