### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES ROBINSON,<br>on behalf of himself and all others similarly situated,<br><br>　　　　*Plaintiff*,<br><br>　　v.<br><br>NATIONAL STUDENT CLEARINGHOUSE,<br><br>　　　　*Defendant*. | Civil Matter No. 1:19-CV-10749-FDS |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice that Joanna K. Darcus respectfully withdraws her appearance as counsel for Plaintiff and all others similarly situated.

Dated: January 25, 2021　　　　　　　　By:  */s/ Joanna K. Darcus*

　　　　　　　　　　　　　　　　　　　　Joanna K. Darcus
　　　　　　　　　　　　　　　　　　　　National Consumer Law Center
　　　　　　　　　　　　　　　　　　　　1001 Connecticut Avenue NW, Suite 510
　　　　　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　　　　　(202) 452-6252 tel.
　　　　　　　　　　　　　　　　　　　　(202) 296-4062 fax
　　　　　　　　　　　　　　　　　　　　jdarcus@nclc.org

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*

2

## **CERTIFICATE OF SERVICE**

      I, Joanna K. Darcus, hereby certify that, on January 25, 2021, I caused the foregoing document to be served upon all counsel by e-mail through the ECF system.

      /s/ *Joanna K. Darcus*
      Joanna K. Darcus

2