## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES ROBINSON,<br>on behalf of himself and all others similarly situated,<br><br>　　　　*Plaintiff*,<br><br>　　v.<br><br>NATIONAL STUDENT CLEARINGHOUSE,<br><br>　　　　*Defendant*. | Case No. 1:19-CV-10749-FDS |

## NOTICE OF WITHDRAWAL OF APPEARANCE
## **OF BRIAN J. SHEARER**

　　Please take notice that the undersigned respectfully requests that attorney Brian J. Shearer be withdrawn as counsel of record for Plaintiff and the class. Mr. Shearer no longer works at Justice Catalyst Law. Justice Catalyst Law and other counsel of record continue to represent Plaintiff in the above-referenced matter.

Dated: May 3, 2021　　　　　　　　　　　By:　/s/ Benjamin D. Elga

　　　　　　　　　　　　　　　　　　　　Benjamin D. Elga
　　　　　　　　　　　　　　　　　　　　Justice Catalyst Law
　　　　　　　　　　　　　　　　　　　　123 William Street, 16th Floor
　　　　　　　　　　　　　　　　　　　　New York, NY 10038
　　　　　　　　　　　　　　　　　　　　(503) 313-1770
　　　　　　　　　　　　　　　　　　　　belga@justicecatalyst.org

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff and the Class*

**CERTIFICATE OF SERVICE**

I, Benjamin D. Elga, hereby certify that, on May 3, 2021, I caused the foregoing document to be served upon all counsel by e-mail through the ECF system.

　　　　　　　　　　　　　　　　　　　　　　 /s/ *Benjamin D. Elga*
　　　　　　　　　　　　　　　　　　　　　　Benjamin D. Elga