# United States Court of Appeals
## For the First Circuit

No. 20-1783

JAMES ROBINSON, on behalf of himself and all others similarly situated,

Plaintiff, Appellee,

v.

NATIONAL STUDENT CLEARINGHOUSE,

Defendant, Appellee,

PAÚL CAMARENA,

Objector, Appellant.

**JUDGMENT**

Entered: September 17, 2021

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's Final Approval Order is affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc: David G. Thomas, Lisa Marie Simonetti, Paul Camarena, Anthony Francisco Cruz, Stuart T. Rossman, Persis S. Yu, James A. Francis, John Soumilas