# United States Court of Appeals
## For the First Circuit

No. 20-1783

JAMES ROBINSON, on behalf of himself and all others similarly situated,

Plaintiff - Appellee,

v.

NATIONAL STUDENT CLEARINGHOUSE,

Defendant - Appellee,

PAUL CAMARENA,

Objector - Appellant.

**MANDATE**

Entered: October 8, 2021

In accordance with the judgment of September 17, 2021, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Paul Camarena
Anthony Francisco Cruz
James A. Francis
Stuart T. Rossman
Lisa Marie Simonetti
John Soumilas
David G. Thomas
Persis S. Yu